IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STEFANI DREW, <br><br>  Plaintiff, <br><br> vs. <br><br> MICHAEL WILLIAMS, AND WYUKA CEMETARY, INC., <br><br>  Defendants. | 4:14CV3239 <br><br> **ORDER** |

After conferring with counsel,

IT IS ORDERED:

1) The deadline for filing motions for summary judgment is extended to May 16, 2016.

2) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on August 15, 2016 at **10:00 a.m.**, and will be conducted by WebEx conferencing. Counsel shall use the conferencing instructions assigned to this case (see filing no. 23) to participate in the pretrial conference. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on August 12, 2016.

3) The trial setting is unchanged.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge